Kenneth EVANS,[1] Petitioner Below–Appellant,

v.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

Diana EVANS, Respondent
Below–Appellee.

No. 7, 2015

Supreme Court of Delaware.

Submitted: July 24, 2015
Decided: September 22, 2015

Court Below—Family Court of the State of Delaware, in and for New Castle County, File No. CN13–06350, Petition No. 14–09999

AFFIRMED.